**PAM FOSTER FLETCHER**
JUDGE

ANDERSON COUNTY COURTHOUSE
500 NORTH CHURCH, SUITE 30
PALESTINE, TEXAS 75801
(903) 723-7415
(903) 723-7803 Fax

HOUSTON COUNTY COURTHOUSE
401 EAST HOUSTON AVENUE
CROCKETT, TEXAS 75835
(936) 544-3255, EXT. 205
(936) 545-0382 Fax



**MISTY McADAMS**
OFFICIAL COURT REPORTER
PALESTINE, TEXAS
mcadamsreporting@windstream.net

# 349th JUDICIAL DISTRICT
### ANDERSON AND HOUSTON COUNTIES

REC'D IN COURT OF APPEALS
12th Court of Appeals District

FEB 22 2013

TYLER TEXAS
CATHY S. LUSK, CLERK

January 31, 2012

Danny Dale Weisinger, Sr.
No. 1172692-(Neal)
9055 Spur 591
Amarillo, Texas 79107

RE:     Cause Number 03CR-035

Dear Mr. Weisinger:

In response to the Motion to 'Vacate' Garnishment Order in Direct Violation of Provisions of Garnishment Statute, the motion is hereby denied.

Sincerely,

Pam Foster Fletcher
349th Judicial District Judge

PFF/ewm